Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HATTER,<br><br>          Plaintiff,<br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO,<br><br>          Defendant. | Case No.:   C08-3334 SBA<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE SAN FRANCISCO COUNTY SUPERIOR COURT OF REMOVAL OF SAN FRANCISCO COUNTY SUPERIOR COURT ACTION NO. CGC-08-476141 UNDER 28 U.S.C. §1441(b) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN** |

JAN TAHENY certifies and declares as follows:

I am over the age of eighteen years and not a party to this action.  My business address is Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the city, county and state where the mailings described below took place.

On July 10, 2008, I deposited in the United States mail at San Francisco, California, to Fred Hatter, 106 Jules Ave. San Francisco, CA  94112, a copy of the **Notice of Removal** of this action which was filed in the United States District Court for the Northern District of California on July 10, 2008, together with all documents received in connection with United States District Court Action No. C08-3334 SBA listed below:  ( 1) *Welcome to the U.S. District Court San Francisco; (2) Order Setting Initial Case Management Conference and ADR Deadlines [including Standing Order for All Judges of Northern District and Standing Orders for Judge Armstrong; (3) ECF Registration*

*Information Handout; (4) Drop Box Filing Procedures; (5) Dispute Resolution Procedures; and (6) Notice of Availability of Magistrate Judge to Exercise Jurisdiction.*

By One Legal filing service on July 10, 2008 I caused to be filed a copy of said **filed/endorsed Notice of Removal (without listed documents from the US District Court)** by the Clerk of the Superior Court/San Francisco, 400 McAllister Street, San Francisco, CA 94102.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2008.

                                          /s/
                                         Jan Taheny

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT