1

2

3

4                              IN THE UNITED STATES DISTRICT COURT

5                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    FRED HATTER,                                    No. C 08-03334 SBA

8              Plaintiff,                            **CLERK'S NOTICE**

9       v.

10   CITY COLLEGE OF SAN FRANCISCO,

11             Defendant.

12   _____/

13   **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this
     action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of**
14   **service with the Clerk of the Court.**

15          YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **October
     15, 2008, has been moved to, October 15, 2008, at 2:45 p.m., via telephone.**
16
             **Plaintiff's counsel is to set up the conference call with all the parties on the line and call**
17   **chambers at (510) 637-3559.**

18           **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR**
     **AUTHORIZATION OF THE COURT.)**
19
             **Counsel shall file a Joint Case Management Conference Statement 10 days in advance**
20   **of the Case Management Conference that complies with the Standing Order For All Judges Of**
     **The Northern District Of California and the Standing Order of this Court.**
21

22   **Dated: 7/17/08**
                                          **FOR THE COURT,**
23
                                          **Richard W. Wieking, Clerk**
24
                                          **By: s/Lisa R. Clark_____**
25                                               **Courtroom Deputy**

26

27

28

*United States District Court*
*For the Northern District of California*

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**FRED HATTER,**

      **Plaintiff,**

  **v.**

**CITY COLLEGE OF SAN FRANCISCO et al,**

      **Defendant.**
_____/

**Case Number: CV08-03334 SBA**

**CERTIFICATE OF SERVICE**

**I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.**

**That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.**

**Fredrick  Hatter**
**106 Jules Avenue**
**San Francisco,  CA 94112**

**Dated: July 17, 2008**

                    **Richard W. Wieking, Clerk**
                    **By: LISA R CLARK, Deputy Clerk**